**Opinion issued December 19, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-01136-CV

_____

## IN RE JAMES ALLON STUFFLEBEAM, Relator

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

### MEMORANDUM OPINION[1]

Relator, James Allon Stufflebeam, filed this original habeas corpus proceeding after the district court held him in contempt and committed him to county jail for failing to comply with the district court's discovery order and divorce decree. Relator's petition does not comply with rule 52 of the Texas Rules

---

[1] Relator has identified the underlying case as *In the Matter of the Marriage of Judy C. Stufflebeam and James Allon Stufflebeam*, No. 2011-23850, in the 257th District Court of Harris County, Texas, the Honorable Judy Warne presiding.

of Procedure because it is not properly certified, *see* TEX. R. APP. P. 52.3(j), and does not contain "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained[,]" TEX. R. APP. P. 52.7(a)(2). Without a record of the proceedings below, this Court cannot determine whether relator is entitled to the relief he seeks. Accordingly, we deny relator's petition for writ of habeas corpus without prejudice to his re-filing a petition in compliance with rule 52.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.